IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | CONSOLIDATED UNDER MDL 875 |
| MCDONALD v. VARIOUS DEFENDANTS | CIVIL ACTION NO. 09-65681 |

FILED MAY 26 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Transferred from the Eastern District of Louisiana
08-CV-4203

O R D E R

**AND NOW**, this **23rd** day of **May 2011** it is hereby **ORDERED** that the Report and Recommendation issued by Magistrate Judge M. Faith Angell (doc. no. 110) issued on April 4, 2011 is **ADOPTED**.[1]

It is further **ORDERED** that Defendant SSA Gulf Terminals Inc.'s Motion for Summary Judgment (doc. no. 17) filed on July 7, 2009 is **GRANTED**.

It is further **ORDERED** that, as Defendant SSA Gulf Terminals Inc. was the last remaining Defendant in the above-captioned case, the case shall be marked **CLOSED**.

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

[1] No objections were filed within fourteen (14) days as provided for by Local Rule of Civil Procedure 72.1.

1